JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THE BLUES LAUNDROMAT, LLC and<br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-01388-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment" [ECF No. 21] entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants DOES 1-10 are **DISMISSED**.

3. The claims for relief of Plaintiff Latanya Williams arising under the Unruh Civil Rights Act and Disabled Persons Act are **DISMISED** for lack of jurisdiction. The claims for negligence and violation of the Cal. Health and Safety Code are **DISMISSED**.

4. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff Latanya Williams and **AGAINST** Defendant The Blues Laundromat, LLC, in the amount of $1,962 (which consists of $1,480 in attorney's fees and $482 in costs). In addition, Defendant The Blues Laundromat, LLC is **ORDERED** to provide an accessible parking space at the property located at or about 838 W. Holt Ave., Pomona, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE